PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $7,200.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:20-CV-02434-KJM-AC<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 8, 2021 TO JUNE 7, 2021 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from April 8, 2021 to June 7, 2021.

IT IS SO ORDERED.

DATED:  April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE