IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $7,200.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:20-CV-02434-KJM-AC<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JUNE 7, 2021 TO AUGUST 6, 2021 |

    Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from June 7, 2021 to August 6, 2021.

    IT IS SO ORDERED.

    This order resolves ECF. No. 19.

DATED: May 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1