PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CV-02434-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $7,200.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

This matter came before the Honorable Magistrate Judge Allison Claire on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. The Estate of Charles Isles, CJ Jeffries, and Jeff Skorupa are held in default.

3. A judgment by default is hereby entered against any right, title, or interests of the Estate of Charles Isles, CJ Jeffries, and Jeff Skorupa in the defendant currency referenced in the above caption.

1

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

SO ORDERED, this 27th day of September 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE